## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Darren Starr

    v.                        Case No. 05-fp-368

Major Dennis Cox, et al.

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.60 is due no later than November 30, 2005. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**This case has been assigned number 05-cv-368-  JD  .**

SO ORDERED.

_____
James R. Muirhead
United States Magistrate Judge

Date: October 27, 2005

cc:    Darren Starr, *pro se*
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts