UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Darren Starr</u>

      v.                     05-cv-368-JD

<u>Major Dennis Cox, et al</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 11, 2006, for the reasons stated therein. Therefore, the motion for preliminary injunction is hereby denied.

      SO ORDERED.

June 5, 2006                          /s/Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

cc:    Darren Starr, pro se
        Mary E. Maloney, ESq.